# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

JOHN DESALVO
*Defendant*

MAGISTRATE JUDGE: ANDRÉ M. ESPINOSA

CASE NO.: 23mj11153

DATE OF PROCEEDINGS: 8/23/2023

DATE OF ARREST: 8/22/2023

**PROCEEDINGS:** IA VIRTUAL — D CONSENTS TO APPEAR VIA VIDEOCONFERENCING.

- [x] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [x] APPT. OF COUNSEL: [x] AFPD [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [x] FINANCIAL AFFIDAVIT EXECUTED
- [x] OTHER: PENALTIES PLACED ON RECORD
  - BRADY ORDER READ INTO RECORD & FLD.

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: 100,000 w/ 3RD PART
  - [x] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] TRAVEL RESTRICTED NJ UNLESS APP.
- [x] REPORT TO PRETRIAL SERVICES
- [x] DRUG TESTING AND/OR TREATMENT
- [x] MENTAL HEALTH TESTING AND/OR TREATMENT
- [x] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**
- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE:
DATE:
DATE:
DATE:
DATE:

**APPEARANCES:**

AUSA: SAMANTHA FASANELLO

DEFT. COUNSEL: SAVERIO VIGGIANO

PROBATION:

INTERPRETER
Language:

TIME COMMENCED: 3:50
TIME TERMINATED: 4:30
CD NO: TEAMS

*SPC* SCOTT P. CREEGAN
Scott P. Creegan, Deputy Clerk