# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* <br><br> v. <br><br> JOHN DESALVO <br> *Defendant* | Case No.   23mj11153 |

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __23__ day of __August__, 2023,

ORDERED that _____SAVERIO VIGGIANO_____ from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

S/ANDRÉ M. ESPINOSA
ANDRÉ M. ESPINOSA, United States Magistrate Judge