Stacy Ann Biancamano
Biancamano Law, LLC
42A N 20th St
Kenilworth, New Jersey 07033
Tel: 908-858-2161
Fax: 908-858-2140

| | |
|---|---|
| United States of America<br><br>                Plaintiff<br><br>vs.<br><br>John DeSalvo<br><br>                Defendant | UNITED STATES DISTRICT COURT OF NEW JERSEY<br><br>2:23-mj-11153-AME<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the substitution of Stacy Ann Biancamano, Esq., Biancamano Law, LLC as the attorney for Defendant, John DeSalvo, in the above caption proceeding.

WITHDRAWING ATTORNEY:

Saverio Viggiano

Assistant Federal Public Defender

_[signature]_ Dated: 9/8/23

SUPERCEDING ATTORNEY:

Stacy Ann Biancamano, Esq.

_[signature]_ Dated: 9/6/2023