UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa |
| v. | : | Mag. No. 23-11153 (AME) |
| JOHN DESALVO | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Anthony P. Torntore, Assistant U.S. Attorney, appearing), and defendant John DeSalvo (Stacy Biancamano, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through May 4, 2024.

2. This Court has granted **three** prior § 3161(h)(7)(A) continuances in this case.

3. Counsel for the parties represented that this additional continuance is necessary for effective preparation and to permit the parties to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this additional continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

- 2 -

      a.    A plea hearing is currently scheduled for March 25, 2024, which would render grand jury proceedings and a trial in this matter unnecessary.

      b.    Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date of this order through May 4, 2024; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

                                         S/ANDRÉ M. ESPINOSA

                                         HON. ANDRÉ M. ESPINOSA
                                         United States Magistrate Judge

Dated: March 6, 2024 Form and entry consented to:

*/s/ Anthony P. Torntore*                      */s/ Stacy Biancamano*

Anthony P. Torntore                            Stacy Biancamano, Esq.
Assistant U.S. Attorney                    Counsel for John DeSalvo
Chief, Cybercrime Unit